UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: GWENDOLYN W. CURTIS MORRIS     CASE NO. 22-10281

DEBTOR(S)     SECTION "A"

CHAPTER 13

## AMENDED MAILING MATRIX

Comes now debtor(s) by counsel and reports to the court the following amended address for the following creditor:

Selene Finance, LP
P. O. Box 8619
Philadelphia, PA 19101

/s/ Steven J. Hunter
Steven J. Hunter (33194)
Attorney for Debtor(s)
3500 North Hullen Street
Suite 241
Metairie, LA 70002
504-598-5313
Steven.john.hunter@live.com

## CERTIFICATE OF SERVICE

I, Steven J. Hunter, do affirm that on October 6, 2022 this Amended Mailing Matrix was served by electronic filing or First Class Mail, properly addressed and postage prepaid, upon the following parties of interest and the parties on the attached amended mailing matrix:

Gwendolyn W. Curtis Morris  2021 N Village Green Street  Harvey LA 70058

Trustee Sterling J. Beaulieu, Jr. VIA ECF sjb@ch13no.com

Office of U.S. Trustee via ECF USTPRegion05.NR.ECF@usdoj.gov

/s/ Steven J. Hunter
Steven J. Hunter (33194)

**AMENDED MAILING MATRIX**

Selene Finance, LP
P. O. Box 8619
Philadelphia, PA 19101